UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 09-32392-BKC-JKO
CHAPTER 13

JUAN J. LUCIANO, JR.
VICTORIA DEBIASE LUCIANO
_____/

## NOTICE OF HEARING AND
## DEBTORS' MOTION TO SET ASIDE DISMISSAL
## AND REINSTATE CHAPTER 13 CASE

**PLEASE TAKE NOTICE** that a hearing will be held at the United States Bankruptcy Court, Room 301, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301 on February 9, 2011 at 1:00 p.m. to consider the Debtors' Motion to Set Aside Dismissal and Reinstate Chapter 13 Case.

COME NOW, the Debtors, JUAN J. LUCIANIO, JR. and VICTORIA DEBIASE LUCIANO, by and through their undersigned attorney and move this court to set aside the dismissal order dated January 12, 2011, and in support thereof would show as follows:

1. On October 16, 2009, the Debtors filed a Petition for Relief under Chapter 13 of the Bankruptcy Code.

2. The Debtors filed all Schedules required pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure timely.

3. The Meeting of Creditors was scheduled for January 12, 2010 at 11:00 a.m.

4. On January 12, 2011 the case was dismissed as a result of the Debtors' failure to be current under their Chapter 13 Plan.

5. Pursuant to Administrative Order 97-3 of the United States Bankruptcy Court, Southern District of Florida, the Debtors' attorney certifies that the Debtors have tendered to the attorney all funds required to be paid under the Debtors' Chapter 13 Plan to bring the Plan current as of the date of the Motion and that said funds are in the attorney's possession.

WHEREFORE, Debtors, JUAN J. LUCIANIO, JR. and VICTORIA DEBIASE LUCIANO, respectfully move this Court to enter an order reconsidering the Order Dismissing Case and reinstating the Chapter 13 Proceeding of the Debtors and for such other and further relief as justice may require.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by U.S. Mail to all interested parties as shown on the attached Service List, this 24th day of January, 2011.

Dated: January 24, 2011.

FLORIDA DEBT RELIEF CENTER, LLC
Attorneys for Debtor(s)
8551 W. Sunrise Blvd., Suite 300
Plantation, FL 33322
(954) 535-9905

By: /s/ Jeffrey H. Tromberg
Jeffrey H. Tromberg
Florida Bar No. 882542

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

```
Label Matrix for local noticing          CR Evergreen, LLC                         Candica, L.L.C.
113C-0                                   MS 550                                    c/o Weinstein And Riley, PS
Case 09-32392-JKO                        PO Box 91121                              2001 Western Ave #400
Southern District of Florida             Seattle, WA 98111-9221                    Seattle, WA 98121-3132
Fort Lauderdale
Mon Jan 24 14:07:04 EST 2011

CitiFinancial Auto Corporation           CITIFINANCIAL AUTO CORPORATION            AMO Recoveries
c/o Gerard M. Kouri, Jr., Esq.           P.O. BOX 182287                           Attn: Bankruptcy
5311 King Arthur Ave                     COLUMBUS OH 43218-2287                    POB 8005
Davie, FL 33331-3340                                                               Cleveland, TN 37320-8005

Bank of America                          Candica, L.L.C.                           Chase
4060 Ogletown/Stan                       c/o Weinstein & Riley, P.S.               200 White Clay Center Dr.
Newark, DE 19713                         2001 Western Ave., Ste. 400               Newark, DE 19711-5466
                                         Seattle, WA 98121-3132

Chase Bank USA NA                        Citi Auto                                 Collection
PO BOX 15145                             7825 Washington Ave. S.                   Attn: Bankrutpcy Department
Wilmington, DE 19850-5145                Edina, MN 55439-2430                      POB 10587
                                                                                   Greenville, SC 29603-0587

Countrywide Home Lending                 FIA CARD SERVICES, NA AS SUCCESSOR IN INTERE   FIA Card Services NA aka Bank of America
Attention: Bankruptcy   SV-314B          BANK OF AMERICA, NA AND MBNA AMERICA BAN       MS 550
POB 5170                                 1000 Samoset Drive                             PO Box 91121
Simi Valley, CA 93062-5170               DE5-023-03-03                                  Seattle, WA 98111-9221
                                         Newark, DE 19713-6000

(p)INTERNAL REVENUE SERVICE              LVNV Funding, LLC                         Northland Group, Inc.
CENTRALIZED INSOLVENCY OPERATIONS        Attn: Bankruptcy Department               POB 390846
PO BOX 7346                              POB 10587                                 Edina, MN 55439-0846
PHILADELPHIA PA 19101-7346               Greenville, SC 29603-0587

Office of the US Trustee                 PRA Receivables Management, LLC           Payment Center
51 S.W. 1st Ave.                         As Agent Of Portfolio Recovery Assocs.    US Department of Education
Suite 1204                               PO Box 12914                              POB 530260
Miami, FL 33130-1614                     NORFOLK VA 23541-0914                     Atlanta GA 30353-0260

Sallie Mae                               Sears                                     Sheridan Emergency Physicians Services, Inc.
Department of Education                  POB 6189                                  POB 848508
PO Box 740351                            Sioux Falls, SD 57117-6189                Pembroke Pines, FL 33084-0508
Atlanta GA 30374-0351

US Dept of Education                     Jeffrey H. Tromberg Esq.                  Jeffrey H. Tromberg Esq.
Attn: Borrowers Service Dept             3230 W Commercial Blvd Suite 290          8551 W. Sunrise Blvd #300
POB 5609                                 Fort Lauderdale, FL 33309-3435            Plantation, FL 33322-4007
Greenville, TX 75403-5609

Juan J. Luciano Jr.                      Robin R Weiner                            Victoria Debiase Luciano
2115 N. Rock Island Rd.                  www.ch13weiner.com                        2115 N. Rock Island Rd.
Margate, FL 33063-8170                   POB 559007                                Margate, FL 33063-8170
                                         Fort Lauderdale, FL 33355-9007
```